770

No. 244. CAFFEY, U. S. DISTRICT JUDGE, *v.* BERESLAVSKY. Certiorari denied. *Herbert C. Smyth, Jr.* and *Frank S. Busser* for petitioner. *W. B. Morton* for respondent.

No. 248. MISSISSIPPI POWER & LIGHT CO. *v.* MEMPHIS NATURAL GAS CO. Certiorari denied. *Garner W. Green, Sr.* and *E. R. Holmes, Jr.* for petitioner.

No. 249. DELAWARE, LACKAWANNA & WESTERN RAILROAD CO. *v.* MOSTYN ET AL. Certiorari denied. *John H. Hughes* for petitioner. *Victor Levine* for Mostyn, and *Tracy H. Ferguson* for the S. H. Golden Co., respondents.

No. 250. PUBLICKER INDUSTRIES, INC. *v.* CLARK, DIRECTOR OF THE DIVISION OF LIQUIDATION, DEPARTMENT OF COMMERCE. Certiorari denied. *Robert W. Lishman, Oscar S. Cox, William H. Matthews, Jr.* and *Lloyd N. Cutler* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Harry H. Schneider* for respondent.

No. 252. YOUNG ET AL. *v.* UNITED STATES. Certiorari denied. *Austin M. Cowan* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

